No. 67763.—Border Brokerage Co. v. United States, protests 60/4597, etc. (Seattle).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of sets of different colored red cedar sample shingles, treated in such a manner as to be unsuitable for sale or for use otherwise than as samples, the claim of the plaintiff was sustained.

No. 67764.—Rex Sales Company and H. B. Thomas & Co. et al. v. United States, protests 61/20601, etc. (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67765.—W. G. Carroll v. United States, protests 62/18786, 62/19327, and 63/540 (Savannah).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67766.—Fuchs Shoe Corporation v. United States, protests 164271–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of footwear similar in all material respects to that the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiff was sustained.

No. 67767.—Castelazo & Associates, a/c David Chow & Co. et al. v. United States, protests 59/17813, etc. (Los Angeles).